IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNDER SEAL |
| | : | |
| v. | : | CRIMINAL NO. 12-265 (RC) |
| | : | |
| SALIH ZEKI OZTURK | : | |
| | : | |
| and | : | |
| | : | |
| TOTAL AVIATION, LTD., | : | |
| also known as SAS AVIATION, | : | |
| | : | |
| Defendants. | : | |

**FILED**

JUL 31 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### UNOPPOSED MOTION FOR CLOTHING ORDER

Defendants Salih Zeki Ozturk and Total Aviation, Ltd., by and through undersigned counsel, respectfully move for an Order directing the U.S. Marshall Service to allow Mr. Ozturk to appear before this Court in civilian clothing for his sentencing hearing, scheduled for August 5, 2013.

Counsel has spoken with the U.S. Marshall Service regarding the appropriate clothing for the sentencing hearing. Counsel was informed by the U.S. Marshall Service that a court order is required to ensure that Mr. Ozturk be allowed to appear in civilian clothing.

Counsel for the government has previously advised that it does not oject to this motion.

**WHEREFORE**, the parties respectfully request that the Court grant this motion allowing Mr. Ozturk to wear civilian clothing at the sentencing hearing.

1

Date:  July 31, 2013                    Respectfully submitted,

                                                                   /s/
Karl A. Racine, Esq.
D.C. Bar No.431534
Venable LLP
575 7th Street, NW
Washington, DC  20004
(202) 344-8322
KARacine@Venable.com

George Kostolampros, Esq.
D.C. Bar No. 980827
McKenna Long & Aldridge
1900 K Street, NW
Washington, DC 20004
(202) 496-7526
gkostolampros@mckennalong.com
*Counsel for Defendant Salih Zeki Ozturk*


                                                                   /s/
Danny Onorato, Esq.
D.C. Bar No. 480043
Schertler & Onorato, LLP
575 7th Street, N.W.  Suite 300 South
Washington, D.C.  20004
(202) 628-4199
donorato@schertlerlaw.com
*Counsel for Defendant Total Aviation, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 31st day of July 2013, a copy of the foregoing UNOPPOSED MOTION FOR CLOTHING ORDER was served on the Assistant United States Attorney, via electronic mail.

                                                             /s/
                                           Karl A. Racine