# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 12-265 (RC) |
| | : | |
| SALIH ZEKI OZTURK *et al.*, | : | Re Document No.:   41 |
| | : | |
| Defendants. | : | **UNDER SEAL** |

# ORDER

### GRANTING SALIH ZEKI OZTURK'S UNOPPOSED MOTION FOR CLOTHING ORDER

Upon consideration of Defendant Salih Zeki Ozturk's Unopposed Motion for Clothing Order (ECF No. 41), it is hereby **ORDERED** that the U.S. Marshal Service shall allow Mr. Ozturk to appear for the August 5, 2013, sentencing hearing in civilian clothing. Counsel for Mr. Ozturk is advised to contact the U.S. Marshal Service as soon as possible in order to notify the office of this Order and make arrangements for Mr. Ozturk's appearance.

**SO ORDERED**.

Dated:   August 1, 2013                                                    */s/ Rudolph Contreras*
                                                                                             RUDOLPH CONTRERAS
                                                                                             United States District Judge