IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 12-265-001 (RC) |
| **SALIH ZEKI OZTURK** | : | |
| **Defendant.** | : | |

## CONCURRENCE OF UNITED STATES
## IMMIGRATION AND CUSTOMS ENFORCEMENT

Based up a review of the file kept by the United States Department of Homeland Security for defendant Salih Zeki Ozturk (the "defendant"), and based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of the United States Immigration and Customs Enforcement, in the United States Attorney's request that a judicial order of removal be entered against the defendant.

08/02/13
Date

Alex Khu
Assistant Special Agent in Charge
Homeland Security Investigations, Washington
U.S. Immigration and Customs Enforcement