IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **UNDER SEAL** |
| | : | |
| v. | : | **CRIMINAL NO. 12-265 (RC)** |
| | : | |
| **SALIH ZEKI OZTURK** | : | |
| | : | |
| and | : | |
| | : | |
| **TOTAL AVIATION, LTD.,** | : | |
| also known as SAS AVIATION, | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF RECENT SENTENCE IN IEEPA VIOLATION CASE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully provides notice to this Court of a recent sentence imposed in this District in a case in which a cooperating defendant plead guilty to Conspiracy to Violate the International Emergency Economic Powers Act ("IEEPA").

On August 15, 2013, in United States v. Arsalan Shemirani, Cr. No. 12-00075, the Honorable Richard J. Leon sentenced Shemirani to forty-eight (48) in prison on Count 1 of the superseding indictment, which charged him with conspiring to violate the IEEPA in connection with facilitating the unlawful export of U.S.-origin electronic components to his brother for resale in Iran. See Superseding Indictment (Docket Item 20), Factual Proffer in Support of Guilty Plea (Docket Item 30, Attachment #1), and Government's Sentencing Memo ("Govt's Sent. Memo") at 3-5 (Docket Item 46). The Government filed a Motion for Departure under 5K based on Shemirani's "substantial assistance" to the government and requested a 3-level downward departure (to a level 20), which would have placed him in a guideline range of 33-41 months.

Govt's Sent. Memo at 2-3.  As of the time of this filing, the Judgment and Commitment Order in Shemirani has not been posted to the public docket.

                                        Respectfully submitted,

                                        RONALD C. MACHEN JR.
                                        United States Attorney
                                        D.C. Bar No. 447889

By:    _____
         T. Patrick Martin
         Assistant United States Attorney
         D.C. Bar Number 471965
         National Security Section
         United States Attorney's Office
           for the District of Columbia

## Certificate of Service

    I, T. Patrick Martin, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for the defendants on August 30, 2013.

_____
T. Patrick Martin